UNITED STATES DISTRICT COURT
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**FILED**

MAY - 4 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEFFREY E. HOFFMAN, H&B PROPERTIES, LLC,
J. EDWARDS INVESTMENT GROUP, INC. and
NORCAL FINANCIAL, INC.,

No. C 06-02416 MHP

Plaintiffs and Appellants,

v.

THOMAS R. LLOYD and EDWARD L. BLUM,

**MEMORANDUM & ORDER**
**Re: Motion for Stay**

Defendants and Respondents.

_____/

     Appellants Jeffrey E. Hoffman et al. filed this appeal from the United States Bankruptcy Court for the Northern District of California, seeking a stay of the Bankruptcy Court's order that appellee Thomas R. Lloyd is entitled to seek rescission of a contract for sale of certain real property. Appellants claim that they will be irreparably harmed if Lloyd is permitted to rescind the contract, as Lloyd will then be able to sell the property and place it permanently beyond appellants' reach.

     At argument on May 2, 2006 the parties noted that the Bankruptcy Court has yet to issue a written order granting rescission of the contract, and Lloyd has yet to place the property on the market. Appellees have submitted a proposed written order to the Bankruptcy Court; the proposed order includes a provision restricting sale of the property without further order of the Bankruptcy Court. The parties also noted that there are other claims still pending before the Bankruptcy Court which might be finally adjudicated before Lloyd is able to market or sell the property. In light of the incomplete state of the proceedings below, as well as the lack of any imminent sale of the property, appellants' motion to stay is DENIED without prejudice, subject to renewal if the Bankruptcy Court orders or approves sale of the property before disposing of the other remaining claims.

1    If a subsequent motion for stay or other appeal is needed, the parties are instructed to file the

2    motion and any responses under this case number.  If for any reason the parties file a separate appeal

3    under a new case number, the parties are instructed to file a notice of related case in order to avoid

4    multiple appeals from the same bankruptcy proceedings.

5

6    IT IS SO ORDERED.

7

8

9    Dated:  *May 4, 2006*

10

MARILYN HALL PATEL
District Judge
United States District Court
Northern District of California

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
For the Northern District of California

2