**FILED**

JUN 26 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>THOMAS R. LLOYD,<br><br>　　　　Debtor<br>_____<br><br>JEFFREY HOFFMAN, H&B PROPERTIES, LLC, J. EDWARDS INVESTMENT GROUP, INC. and NORCAL FINANCIAL, INC.,<br><br>　　　　Plaintiffs/Cross-Defendants<br>　　　　and Appellants,<br><br>v.<br><br>THOMAS R. LLOYD, et al.,<br><br>　　　　Defendants/Cross-<br>　　　　Complainants and Appellees | **Case No. C-06-2416 MHP**<br><br>Appeal from the U.S. Bankruptcy Court, Northern District of California;<br>Case No. 04-03221 TEC<br>Adv. No. 05-03328<br><br>**ORDER ON APPELLANT'S RENEWED EMERGENCY MOTION TO STAY**<br><br>Hearing Date: June 4, 2007<br>Hearing Time: 2:00 pm<br>Courtroom: 15, 18th Floor |

　　　　On June 4, 2007, Appellants' *Renewed Emergency Motion for Stay of Judgment or Order Pending Appeal* came on regularly for hearing. Stephen Pahl of Pahl & McCay appeared on behalf of Appellants and Jeffrey J. Goodrich of Goodrich & Associates appeared on behalf of Appellees. Based upon the papers submitted in support of an in opposition to the motion and upon the oral argument of counsel at the hearing, and good cause appearing therefore,

　　　　IT IS HEREBY ORDERED THAT, pending resolution of the consolidated appeals before this Court:

　　　　(1)　　Absent further order of the Bankruptcy Court or of this Court, Appellee Lloyd shall not transfer, sale or encumber the property which is the subject of the Judgment

entered April 30, 2007, by the U.S. Bankruptcy Court for the Northern District of California in Adversary Proceeding No. 05-03328 ("the Bankruptcy Court Judgment");

(2) Except as stated above, Appellant's *Renewed Emergency Motion for Stay* is DENIED and nothing in this Order shall be in derogation of the rights granted to Lloyd by the Bankruptcy Court Judgment;

(3) Furthermore, absent further order of this court or the Bankruptcy Court neither appellants nor any persons acting on their behalf shall act in derogation of the rights granted to Lloyd by the Bankruptcy Court Judgment, including but not limited to asserting or representing that they have rights to ownership, possession or any other interests in the property; nor shall they go upon the property or attempt to enter the property; and

(4) Furthermore, appellants shall reimburse appellee Lloyd for any and all expenses incurred in the restoration of the property to the condition it was in before June 18, 2007, including but not limited to the costs of removal and replacement of locks, repair of doors or entry locations damaged in connection with the forced entry to the property and such other damage as was incurred by reason of such entry and activities on the property located at 946 Elizabeth Street, San Francisco, California.

IT IS SO ORDERED.

Dated: June 25, 2007

MARILYN HALL PATEL
United States District Court Judge
Northern District of California